UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-552-T-30TGW

RASHIA WILSON

**<u>FORFEITURE MONEY JUDGMENT</u>**

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment (Doc. 42) in the amount of $2,240,096.39.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained at least $2,240,096.39 in proceeds from the wire fraud scheme to which she pled guilty in Count Three.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 42) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $2,240,096.39.  The defendant shall be held jointly and severally liable with co-defendant Maurice Larry for the full amount of the forfeiture money judgment and with co-conspirator Leshia Jordan up to the amount of $223,523.00.  *See* Case No. 8:12-cr-547-T-30AEP.

It is FURTHER ORDERED that, the net proceeds from the administrative forfeiture of: a) a 2013 Gray Audi A8L, Vehicle Identification Number: AURGAFD8DN000546; Tag: BHNV18, seized on September 19, 2012; b) $5,299.00 in U.S. currency; c) assorted jewelry; d) a necklace with word "Rashia"; e) Louis Vuitton, Fendi, Cartier, Gucci sunglasses; f) Luis Vuitton, Gucci, and Prada woman's handbags; and g) a 80" Sharp Aquos Flat Screen television, be credited to the defendant's forfeiture money judgment.

It is FURTHER ORDERED that, upon entry of this Order, it shall become a Final Order of Forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 30th day of May, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-552 Wilson FMJ 42.docx